**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-2828**

_____

ELITE CHILD, INCORPORATED,

                       Plaintiff - Appellant,

    versus

SCHRODER CHESAPEAKE, INCORPORATED, t/a Green-
brier Mall; E. PRESTON GRISSOM, Individually
and in his capacity of Judge, Judicial Circuit
of Virginia, Circuit Court of the City of
Chesapeake,

                       Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk. Richard L. Williams, Senior District
Judge.  (CA-98-488-2)

_____

Submitted:  June 17, 1999           Decided:  June 24, 1999

_____

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Luther C. Edmonds, LUTHER C. EDMONDS, ESQUIRE, Virginia Beach,
Virginia, for Appellant. Mark L. Earley, Attorney General, Gregory
E. Lucyk, Senior Assistant Attorney General, Mary E. Shea,
Assistant Attorney General, Richmond, Virginia; Alan B. Rashkind,
FURNISS, DAVIS, RASHKIND & SAUNDERS, Norfolk, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief in this action alleging racial discrimination in the termination of a lease. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Elite Child, Inc. v. Schroder Chesapeake, Inc., No. CA-98-488-2 (E.D. Va. Nov. 10, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED